**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **RICKEY LOUIS ALFORD,**  Petitioner,  v.  **LOS ANGELES COUNTY SUPERIOR COURT,**  Respondent. | Case No. CV 11-4248-MMM(AJW)  **JUDGMENT** |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Date: May 31, 2011

_/s/ Margaret M. Morrow_
Margaret M. Morrow
United States District Judge